UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MELYNDA MASON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. |
| STELLAR RECOVERY, INC. | ) |
| Defendant. | ) |

**DEFENDANT STELLAR RECOVERY, INC.'S NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that the above-named Defendant, STELLAR RECOVERY, INC., by their attorneys, give notice that, pursuant to 28 U.S.C. §§ 1441 and 1446(a), the above-captioned action is removed from the Bourbon District Court, County of Bourbon, Commonwealth of Kentucky to the United States District Court for the Eastern District of Kentucky, Lexington Division, on this 14th day of October, 2013, for the following reasons:

A. Introduction

1. Plaintiff is Melynda Mason ("Mason").

2. Defendant is Stellar Recovery, Inc. ("Stellar").

3. This case was initially filed on or about September 12, 2013, in the Bourbon, Kentucky District Court, as Case Number 13-C-277.

4. Mason seeks damages for himself, for alleged violations of the Fair Debt Collection Practices Act (FDCPA) by Stellar. A copy of Plaintiff's Complaint is attached as Exhibit A.

5.  The Defendants were served with the lawsuit on or about September 24, 2013.

6.  The Defendants file this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

### B.  Basis for Removal

7.  Removal is proper because Mason's Complaint involves a federal question.  15 U.S.C. §§ 1692 et seq.; *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

8.  Mason's Complaint contains claims against the Defendants arising under 15 U.S.C. §§ 1692, *et seq.*, for alleged violations of the FDCPA.  This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

9.  All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. The Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on counsel for Mason.

### C.  Jury Demand

12. Mason demanded a jury trial in his Petition.  The Defendants deny that Mason has any claim herein, and therefore, deny that he is entitled to Trial by Jury.

<u>D. Conclusion</u>

13. The Defendants hereby remove this action to the United States District Court for the Eastern District of Kentucky.

                Respectfully Submitted,

                <u>/s/ William E. Smith, III</u>
                William E. Smith, III
                KIGHTLINGER & GRAY, LLP
                3620 Blackiston Boulevard
                Bonterra Building, Suite 200
                New Albany, Indiana 47150
                (812) 949-2300
                Fax: (812) 949-8556
                wsmith@k-g-law.com]
                ATTORNEYS FOR DEFENDANT

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, via U.S. mail, first class postage prepaid, this 14th day of October, 2013, to:

James H. Lawson
Lawson at Law, PLLC
4055 Shelbyville Road, Suite B
Louisville, KY  40207

and

James McKenzie
James R. McKenzie Attorney, PLLC
4055 Shelbyville Road, Suite B
Louisville, KY  40207

ATTORNEYS FOR PLAINTIFF

                <u>/s/ William E. Smith, III</u>
                William E. Smith, III
                ATTORNEYS FOR DEFENDANT